IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–36–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KRISTA LYNN HALL, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 65.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Krista Lynn Hall is charged by superseding indictment with one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count 1), one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count 2), four counts of wire fraud, in violation of 18 U.S.C. §§

1

2 and 1343 (Counts 3–6), four counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) (Counts 7–10), and obstruction, in violation of 18 U.S.C. §§ 1512(c)(1), 2 (Count 11). (Doc. 34.) Judge DeSoto recommends that this Court accept Hall's guilty plea as to Count 1 after Hall appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 65) is ADOPTED in full.

IT IS FURTHER ORDERED that Hall's motion to change plea (Doc. 57) is GRANTED.

IT IS FURTHER ORDERED that Krista Lynn Hall is adjudged guilty as charged in Count 1 of the Superseding Indictment.

DATED this 17th day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court